UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| STEPHANIE RENA LOGAN, | ) | CASE NO. 08-12910 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Fort Wayne Radiology | P.O. Box 5602<br>Fort Wayne, IN 46895 | $3.21 |
| Dupont Hospital | 2520 East Dupont Rd.<br>Fort Wayne, IN 46825 | $2.16 |
| Sally Houlihan ACSW LCSW | 1910 St. Joe Center Road #23<br>Fort Wayne, IN 46825 | $2.03 |
| St. Joseph Medical Group | Snow & Sauerteig LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $3.58 |
| | Total | $10.98 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $10.98 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: August 20, 2010**

                                    **Respectfully submitted,**

                                    **CHAPTER 7 TRUSTEE**
                                    **444 EAST MAIN STREET**
                                    **FORT WAYNE, INDIANA 46802**
                                    **TELEPHONE: (260) 426-0444**
                                    **FAX: (260) 422-0274**
                                    **EMAIL: mseifert@hallercolvin.com**

                                    **BY: /s/ Martin E. Seifert**
                                          **MARTIN E. SEIFERT**
                                          **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 20th day of August, 2010, to:

>Stephanie Rena Logan
>2608 Habertus Ave.
>Fort Wayne, IN 46805
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Fort Wayne Radiology
>P.O. Box 5602
>Fort Wayne, IN 46895
>
>Dupont Hospital
>2520 East Dupont Road
>Fort Wayne, IN 46825
>
>Sally Houlihan ACSW LCSW
>1910 St. Joe Center Road #23
>Fort Wayne, IN 46825
>
>St. Joseph Medical Group
>Snow & Sauerteig LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**